IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FILTHY FUHRER, a/k/a "Fuck Face" f/k/a "Timothy Lobdell," ROY NAUGHTON, a/k/a "Thumper," GLEN BALDWIN, a/k/a "Glen Dog," COLTER O'DELL, CRAIG KING, a/k/a "Oakie," JUSTIN EATON, a/k/a "Skulls," and FELICIA KING,<br><br>Defendants. | No. 3:19-cr-00026-TMB-DMS<br><br>**FILED UNDER SEAL** |

**ORDER**

The court finds that the legitimate law enforcement interests in secrecy outweigh the public interest in access to the Indictment in this case. Accordingly, the motion to seal pursuant to Fed. R. Crim. P. 6(e)(4) is GRANTED.

The First Superseding Indictment and any associated arrest warrants, as well as the motion to seal and this Order, shall be sealed until further order of the court. Pending further order of the court, the First Superseding Indictment shall not be unsealed for any further proceedings, for any defendant in this case prior to November 6, 2020, at 5:00 p.m. The Clerk shall not enter the documents into the electronic case filing (ECF) system until that time, or until otherwise directed by this Court.

DATED: 10/27/20

*s/Matthew M. Scoble*
UNITED STATES MAGISTRATE JUDGE