AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Alaska

RECEIVED
OCT 26 2020
United States Marshals Service
District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: 3:19-CR-00026-TMB-DMS |
| vs. ) | USMS - D/ALASKA - WARRANTS |
| ) | FID # 1194316 |
| FELICIA KING ) | WARRANT # 2106-1026-0114-5 |
| Defendant | Entered NCIC _____ |
| | Entered APSIN _____ |
| | Removed NCIC _____ |
| | Removed APSIN _____ |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ FELICIA KING ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☒ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18:3 ACCESSORY AFTER THE FACT – Count 6

Date: October 23, 2020

City and state: Anchorage, Alaska

_Brenda Kappler_ , Deputy Clerk
Issuing officer's signature

Brian D. Karth, Clerk of Court
Printed name and title

### Return

This warrant was received on _(date)_ 10-26-2020 , and the person was arrested on _(date)_ 10-27-2020
at _(city and state)_ Wasilla, Alaska .

Date: 10-27-2020

_Arresting officer's signature_

Mark Grande, State Trooper
Printed name and title