CASSANDRA STAMM
Attorney for Colter O'Dell
1001 Fourth Avenue Suite 4400
Seattle, WA 98154
phone: (206) 264-8586
fax: (206) 447-1427
email: casey@seattlecriminalattorney.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. 3:19-cr-00026-TMB-DMS |
| v. | |
| COLTER O'DELL, | DEFENDANT COLTER O'DELL'S NOTICE OF JOINDER IN DOCKET SUB. NO. 661 |
| Defendant. | |

COMES NOW defendant Colter O'Dell, by and through his attorney Cassandra Stamm, and hereby joins in Roy Naughton's Motion to Change Venue filed December 24, 2020, Docket Sub. No. 661.

Signed this 28th day of December, 2020, at Seattle, Washington.

/s/ Cassandra Stamm
WSBA No. 29265
Attorney for Colter O'Dell
1001 Fourth Avenue Suite 4400
Seattle, WA 98154
tel: (206) 264-8586
fax: (206) 447-1427
casey@seattlecriminalattorney.com

*NOTICE OF JOINDER* -1

Law Offices of Cassandra Stamm, PLLC
Safeco Plaza
1001 Fourth Avenue Suite 4400
Seattle, Washington 98154
tel: (206) 264-8586
fax: (206) 447-1427

Case 3:19-cr-00026-TMB-DMS   Document 664   Filed 12/28/20   Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Government and counsel for the codefendants.

/s/ Cassandra Stamm
WSBA No. 29265
Attorney for Colter O'Dell
1001 Fourth Avenue Suite 4400
Seattle, WA 98154
tel: (206) 264-8586
fax: (206) 447-1427
casey@seattlecriminalattorney.com

NOTICE OF JOINDER -2

Law Offices of Cassandra Stamm, PLLC
Safeco Plaza
1001 Fourth Avenue Suite 4400
Seattle, Washington 98154
tel: (206) 264-8586
fax: (206) 447-1427

Case 3:19-cr-00026-TMB-DMS   Document 664   Filed 12/28/20   Page 2 of 2