Michael A. Moberly, Esq.
HOZUBIN, MOBERLY & ASSOCIATES
711 M Street, Suite 2
Anchorage, AK 99501
907-276-5297 – Telephone
907-276-5291 – Facsimile
Email: mike@akdefenselaw.com
Alaska Bar No. 9612073

*Attorney for Defendant Felicia King*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FILTHY FUHRER, a/k/a "Fuck Face" f/k/a "Timothy Lobdell," ROY NAUGHTON, a/k/a "Thumper," GLEN BALDWIN, a/k/a "Glen Dog," COLTER O'DELL, CRAIG KING, a/k/a "Oakie," JUSTIN EATON, a/k/a "Skulls," and FELICIA KING, | ) ) ) ) ) ) ) |
| Defendants. | ) |
| | ) Case No: 3:19-cr-00026-TMB-DMS |

**DEFENDANT FELICIA KING'S UNOPPOSED
<u>MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE</u>**

No period of excludable delay under 18 U.S.C. § 3161(h) will occur as a result of the filing this motion as time is currently excluded from the computation of the 70-day time limit for trial under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). This case was previously declared complex and trial is currently not scheduled.

Felicia King, through counsel, moves to continue the pretrial motions deadline in her case, which is currently scheduled for today, January 29, 2021. The March 29, 2021

trial date was vacated during the December 15, 2020 Status Conference; during the January 28, 2021 Hearing on Motions to Continue Trial, the court indicated that it took those matters under advisement[1]; there is currently no trial date set. The Government does not oppose this request.

Given the volume of the discovery (about a half a terabyte received to date), the limitations of sharing discovery with Ms. King due to the restrictions imposed by the protective order, and the nature of the charges, Ms. King requests more time in which to file pretrial motions. She requests that the pretrial motions deadline be continued in order to provide sufficient time for defense counsel to review the discovery, discuss the discovery with Ms. King, conduct defense investigation, and determine what, if any, pretrial motions should be filed. She respectfully requests an extension of at least 30 days.

DATED this 29th day of January, 2021.

                                  HOZUBIN, MOBERLY & ASSOCIATES
                                  Attorneys for Defendant Felicia King

                                  By: /s/ Michael A. Moberly
                                      Hozubin, Moberly & Associates
                                      711 M Street, Suite 2
                                      Anchorage, AK 99501
                                      907-276-5297 – Telephone
                                      907-276-5291 - Facsimile
                                      Email: mike@akdefenselaw.com
                                      Alaska Bar No. 9612073

---

[1] Docket No. 678.

*Defendant Felicia King's Unopposed Motion to Continue Pretrial Motions Deadline*
UNITED STATES OF AMERICA v. FELICIA KING
3:19-cr-00026-TMB-DMS
Page 2 of 3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 29th day of January, 2021, a true and correct copy of the foregoing was served ELECTRONICALLY via CM/ECF on the following:

PARTIES OF RECORD

HOZUBIN, MOBERLY & ASSOCIATES

By: /s/ Michael A. Moberly
9100.840/Court Docs/Motion to Continue Pretrial Motions Deadline

*Defendant Felicia King's Unopposed Motion to Continue Pretrial Motions Deadline*
UNITED STATES OF AMERICA v. FELICIA KING
3:19-cr-00026-TMB-DMS
Page 3 of 3

Case 3:19-cr-00026-TMB-DMS   Document 682   Filed 01/29/21   Page 3 of 3