IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>FILTHY FUHRER, a/k/a "Fuck Face"<br>f/k/a "Timothy Lobdell",<br>ROY NAUGHTON, a/k/a "Thumper",<br>GLEN BALDWIN, a/k/a "Glen Dog",<br>COLTER O'DELL,<br>CRAIG KING, a/k/a "Oakie",<br>JUSTIN EATON, a/k/a "Skulls", and<br>FELICIA KING,<br>  Defendants. | No. 3:19-cr-00026-TMB-DMS |

## [PROPOSED] ORDER

Having duly considered the Government's Motion *in Limine* preclude expert Judy Cordell, and finding good cause, the motion is hereby GRANTED. The Court orders that defendant is prohibited from presenting the testimony of Judy Cordell at trial.

DATED this _____ day of February 2022, at Anchorage, Alaska.

_____
TIMOTHY M. BURGESS
UNITED STATES DISTRICT COURT JUDGE